```
JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
OSCAR GONZALEZ DE LLANO, DCBN 491042
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Facsimile: (415) 744-0134
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA BALLEZA KNEELAND - ANDREWS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-00725-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>(***FIRST REQUEST***) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through the undersigned attorneys, hereby moves for a thirty-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint.  The CAR and answer to Plaintiff's Complaint are due to be filed by July 7, 2023.

The CAR in this case has not been finalized for filing.  The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs.  Counsel for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing.  Despite diligent efforts OAO has indicated it still needs additional time to prepare the CAR.  OAO has recently been dealing with some staff shortages, changes in their processes and a surge of new filings which has led to some delays in production of CARs.  Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections to an extension of thirty days.  The Commissioner asks for this extension with the understanding that if the CAR becomes available to the Office of the General Counsel before the requested date, the record will be filed earlier when feasible.

This request is made in good faith and is not intended to delay the proceedings in this matter.  It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including August 6, 2023.

Dated:  July 6, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney
/s/ *Oscar Gonzalez de Llano*
Oscar Gonzalez de Llano
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 7, 2023

Unopposed Mot. for Ext.