Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  MRobles@shookandstone.com

Attorneys for Plaintiff
ALEXANDRA BALLEZA KNEELAND - ANDREWS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA BALLEZA KNEELAND - ANDREWS,<br><br>    Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-00725-BNW<br><br>STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF<br><br>(FIRST REQUEST) |

Plaintiff Alexandra Balleza Kneeland -Andrews and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 8 days

-1-

from August 21, 2023 to August 29, 2023 for Plaintiff to file her brief, with all other dates extended accordingly. This is Plaintiff's first request for an extension.

    This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel respectfully requests the granting of this request for the proper briefing of this matter.

DATE: August 21, 2023    Respectfully submitted,

    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

    /s/ *Marc V. Kalagian*
BY: _____
    Marc V. Kalagian
    Attorney for plaintiff
    Alexandra Balleza Kneeland - Andrews

DATE: August 21, 2023    JASON M. FRIERSON
    United States Attorney

    /s/ *Oscar Gonzalez De Llano*
BY: _____
    Oscar Gonzalez De Llano
    Special Assistant United States Attorney
    Attorneys for defendant Kilolo Kijakazi,
    Acting Commissioner of Social Security
    |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED

DATE: August 22, 2023

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:23-CV-00725-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 21, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff