1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
3  Nevada Bar No. 7709

4  MARCELO ILLARMO (MABN 670079)
   Special Assistant United States Attorney
5    Office of the General Counsel
     Social Security Administration
6    6401 Security Boulevard
7    Baltimore, Maryland 21235
     Telephone: (510) 970-4822
8    E-Mail: Marcelo.Illarmo@ssa.gov

9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDRA BALLEZA KNEELAND - ANDREWS, | ) ) ) |
| Plaintiff, | ) Case No.: 2:23-cv-00725-BNW ) |
| v. | ) ) UNOPPOSED MOTION FOR EXTENSION |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) OF TIME TO RESPOND TO PLAINTIFF'S ) MOTION TO REMAND (FIRST REQUEST) ) |
| Defendant. | ) |

  Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file his response to Plaintiff's Motion to Remand due on September 28, 2023 by 30 days, through and including October 27, 2023.

  Defendant respectfully requests this additional time because the parties are discussing potential settlement, and need more time to determine whether additional briefing is necessary. This request is made in good faith with no intention to unduly delay the proceedings.

///

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on September 28, 2023.

Dated: September 28, 2023

          Respectfully submitted

          JASON M. FRIERSON
          United States Attorney

          */s/ Marcelo Illarmo*
          MARCELO ILLARMO
          Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 09/29/2023

**CERTIFICATE OF SERVICE**

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Marc V Kalagian    marc.kalagian@rksslaw.com

Attorney for Plaintiff

Dated September 28, 2023

                                                     */s/ Marcelo Illarmo*
                                                   **MARCELO ILLARMO**
                                                   Special Assistant United States Attorney